Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Marc A. Morgan** | : | Case No. 19−23982−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |

### ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 20th of April, 2021,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Marc A. Morgan  
    Debtor

Case No. 19-23982-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dsaw      Page 1 of 3  
Date Rcvd: Apr 20, 2021      Form ID: 309      Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marc A. Morgan, 3108 Liberty Way, McKeesport, PA 15133-2104 |
| cr | + | Caliber Home Loans, Inc., Ras Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15137741 | + | Caliber Home Loans, 715 S Metropolitan Ave, Oklahoma City, OK 73108-2088 |
| 15137743 | + | Caliber Home Loans Inc., PO Box 650856, Dallas, TX 75265-0856 |
| 15278460 | | FREEDOM MORTGAGE CORPORATION, CUSTOMER CARE DEPARTMENT, 855-690-5900, P.O. BOX 50485, INDIANAPOLIS, IN 46250-0485 |
| 15137748 | + | First Mark Services, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 15137749 | + | First Mark Services, First Mark Services, Po Box 82522, Lincoln, NE 68501-2522 |
| 15295035 | + | First National Bank, 4140 E State St, Hermitage, PA 16148-3401 |
| 15137751 | + | First National Bank, Attn: Bankruptcy, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15137750 | + | First National Bank of Pennsylvania, 4140 E. State St., Hermitage, PA 16148-3401 |
| 15137752 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15295038 | | Montour School District & Kennedy Twp., c/o Jordan Tax Service Inc., 102 Rahway Rd., Canonsburg, PA 15317-3349 |
| 15137753 | + | PA Municipal Service Co., 336 Deleware Ave., Dept. W-62, Oakmont, PA 15139-2138 |
| 15137760 | + | T.J. Kratzenberg, 1532 Lincoln Way, McKeesport, PA 15131-1712 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Apr 21 2021 02:08:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | | EDI: JEFFERSONCAP.COM | Apr 21 2021 03:18:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | + | EDI: PRA.COM | Apr 21 2021 03:18:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15146748 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 21 2021 02:07:00 | Citizens Bank N.A., One Citizens Bank Way Mail Stop JCA115, Johnston, RI 02919 |
| 15137742 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Apr 21 2021 02:08:00 | Caliber Home Loans, Attn: Cash Operations, Po Box 24330, Oklahoma City, OK 73124-0330 |
| 15167957 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Apr 21 2021 02:08:00 | Caliber Home Loans, Inc, 13801 Wireless Way, Oklahoma City OK 73134-2500 |
| 15137745 | + | Email/Text: rmelani@chfcu.org | Apr 21 2021 02:08:00 | Century Heritage F C U, Attn:Bankruptcy, 9 S 2nd St, Duquesne, PA 15110-1147 |
| 15137744 | + | Email/Text: rmelani@chfcu.org | Apr 21 2021 02:08:00 | Century Heritage F C U, 700 Regis Ave, West Mifflin, PA 15236-1425 |
| 15143745 | + | Email/Text: rmelani@chfcu.org | Apr 21 2021 02:08:00 | Century Heritage Federal Credit Union, c/o Ray Diamond, 700 Regis Ave., Pittsburgh, PA |

| Recip ID | Bypass | Notice Method | Date | Name and Address |
|---|---|---|---|---|
| | | | | 15236-1425 |
| 15137747 | | EDI: DISCOVER.COM | Apr 21 2021 03:18:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15137746 | | EDI: DISCOVER.COM | Apr 21 2021 03:18:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15140198 | | EDI: DISCOVER.COM | Apr 21 2021 03:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15171925 | | EDI: JEFFERSONCAP.COM | Apr 21 2021 03:18:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15137754 | + | EDI: RMSC.COM | Apr 21 2021 03:18:00 | Syncb/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15137755 | + | EDI: RMSC.COM | Apr 21 2021 03:18:00 | Syncb/ccsycc, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15137756 | + | EDI: RMSC.COM | Apr 21 2021 03:18:00 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15138466 | + | EDI: RMSC.COM | Apr 21 2021 03:18:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15137757 | + | EDI: RMSC.COM | Apr 21 2021 03:18:00 | Synchrony Bank/Value City Furniture, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15137759 | + | EDI: RMSC.COM | Apr 21 2021 03:18:00 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15137758 | + | EDI: RMSC.COM | Apr 21 2021 03:18:00 | Synchrony/Ashley Furniture Homestore, C/o Po Box 965036, Orlando, FL 32896-0001 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| 15295026 | *+ | Caliber Home Loans, 715 S Metropolitan Ave, Oklahoma City, OK 73108-2088 |
| 15295027 | *+ | Caliber Home Loans, Attn: Cash Operations, Po Box 24330, Oklahoma City, OK 73124-0330 |
| 15295028 | *+ | Caliber Home Loans Inc., PO Box 650856, Dallas, TX 75265-0856 |
| 15295030 | *+ | Century Heritage F C U, Attn:Bankruptcy, 9 S 2nd St, Duquesne, PA 15110-1147 |
| 15295029 | *+ | Century Heritage F C U, 700 Regis Ave, West Mifflin, PA 15236-1425 |
| 15295032 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15295031 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15295034 | *+ | First Mark Services, First Mark Services, Po Box 82522, Lincoln, NE 68501-2522 |
| 15295033 | *+ | First Mark Services, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 15295036 | *+ | First National Bank, Attn: Bankruptcy, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15295037 | *+ | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15295039 | *+ | PA Municipal Service Co., 336 Deleware Ave., Dept. W-62, Oakmont, PA 15139-2138 |
| 15295040 | *+ | Syncb/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15295041 | *+ | Syncb/ccsycc, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15295042 | *+ | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15295043 | *+ | Synchrony Bank/Value City Furniture, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15295045 | *+ | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15295044 | *+ | Synchrony/Ashley Furniture Homestore, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15295046 | *+ | T.J. Kratzenberg, 1532 Lincoln Way, McKeesport, PA 15131-1712 |

TOTAL: 1 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2021            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Jerome B. Blank | on behalf of Creditor FREEDOM MORTGAGE CORPORATION pawb@fedphe.com |
| Kenneth Steidl | on behalf of Debtor Marc A. Morgan julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Kevin M Buttery | on behalf of Creditor Caliber Home Loans  Inc. kbuttery@rascrane.com |
| Maria Miksich | on behalf of Creditor FREEDOM MORTGAGE CORPORATION mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor FREEDOM MORTGAGE CORPORATION pawb@fedphe.com |

TOTAL: 10