**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

MARC A. MORGAN

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Respondents.

Case No.: 19-23982

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 10/10/2019 and confirmed on 11/15/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 27,491.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 27,491.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,867.73 | |
|    Trustee Fee | 1,644.86 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,512.59 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FREEDOM MORTGAGE CORPORATION | 0.00 | 11,021.10 | 0.00 | 11,021.10 |
|     Acct: 0669 | | | | |
|   FREEDOM MORTGAGE CORPORATION | 1,466.07 | 0.00 | 0.00 | 0.00 |
|     Acct: 0669 | | | | |
|   CENTURY HERITAGE FCU* | 0.00 | 5,549.19 | 0.00 | 5,549.19 |
|     Acct: 9140 | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 13,516.97 | 5,518.91 | 889.21 | 6,408.12 |
|     Acct: 1980 | | | | |
| | | | | 22,978.41 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARC A. MORGAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 2,867.73 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MONTOUR SD & KENNEDY TWP (EIT) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1636 | | | | |

| 19-23982 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | * * * N O N E * * * | | | |

Unsecured

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| DISCOVER BANK(*) | 15,062.64 | 0.00 | 0.00 | 0.00 |
| Acct: 7226 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1300 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 48,227.07 | 0.00 | 0.00 | 0.00 |
| Acct: 3971 | | | | |
| KEYSTONE MUNIC COLLECTIONS** NOW K | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3494 | | | | |
| WOODLAND HILLS SD & TURTLE CREEK (E | 3,432.97 | 0.00 | 0.00 | 0.00 |
| Acct: 1636 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 1,514.17 | 0.00 | 0.00 | 0.00 |
| Acct: 2992 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 4,096.37 | 0.00 | 0.00 | 0.00 |
| Acct: 5306 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 1,024.16 | 0.00 | 0.00 | 0.00 |
| Acct: 1300 | | | | |
| CENTURY HERITAGE FCU* | 3,835.05 | 0.00 | 0.00 | 0.00 |
| Acct: 9140 | | | | |
| KRATZENBERG LAZZARO LAWSON & VINC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BERNSTEIN-BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RAS CRANE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| S JAMES WALLACE ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

| TOTAL PAID TO CREDITORS | | 22,978.41 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 0.00 | |
| SECURED | 14,983.04 | |
| UNSECURED | 77,192.43 | |

Date: 05/03/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com